GEORGE HOLLAND JR., ESQ. (216735)
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
Oakland, CA 94612
(510)465-4100

Attorney for Debtor

UNITED STATES BANRUPTCY COURT

NORTERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Ingrid Daisy Robinson,

    Debtor.

) Case No.: 10-10011 AJ
) Chapter 13
)
) **DECLARATION OF INGRID DAISY**
) **ROBINSON RE: UNITED STATES**
) **TRUSTEE'S MOTION FOR REVIEW OF**
) **FEES UNDER 11 U.S.C. § 329**
)
) Date: July 2, 2010
) Time: 9:00 a.m.
) Ctrm: Hon. Alan Jaroslovsky
)     99 South E St., Santa Rosa, CA

I, Ingrid Daisy Robinson, declare:

1.    That I am the debtor in the above-referenced bankruptcy case and that I have personal knowledge of the facts stated in this declaration and that I am willing and competent to testify to their truth if called as a witness.

2.    That George Holland, Jr. (Hereinafter "Mr. Holland") has been my attorney on other matters pending in state court.

3.    That Mr. Holland is the attorney who represented me in the bankruptcy filing referenced above and that Mr. Holland agreed to work on the bankruptcy matter "pro bono."

4.    That neither Mr. Holland nor anyone from his firm charged me a fee for representing me in the bankruptcy and that I have not paid for those services received in

DECLARATION of INGRID DAISY ROBINSON - 1

connection with the bankruptcy, the adversary proceeding that was filed or any other related matters.

I declare under the penalty of perjury that the foregoing is true and correct under the laws of the State of California.

Dated: June 25, 2010

_____
Ingrid Daisy Robinson, Debtor

DECLARATION of INGRID DAISY ROBINSON - 2