GEORGE HOLLAND JR., ESQ. (216735)
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
Oakland, CA 94612
(510)465-4100

Attorney for Debtor

**FILED**
JUL 15 2010
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

UNITED STATES BANRUPTCY COURT

NORTERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Ingrid Daisy Robinson,

    Debtor.

) Case No.: 10-10011 AJ
) Chapter 13
)
) **SUPPLEMENTAL RESPONSIVE**
) **DECLARATION OF GEORGE HOLLAND**
) **JR. TO UNITED STATES TRUTEE'S**
) **MOTION FOR REVIEW OF FEES UNDER 11**
) **U.S.C. § 329**
)
) Date: July 16, 2010
) Time: 9:00 a.m.
) Ctrm: Hon. Alan Jaroslovsky
      99 South E St., Santa Rosa, CA

I, George Holland, Jr., declare:

1. That I am an attorney duly licensed to practice law in the State of California before all courts and attorney of record for debtor in this matter.

2. I was retained by Ingrid Robinson for her case filed in Marin County Superior Court against Onewest Bank, FSB on or about October 23, 2009, Marin County Superior Court Case No. CIV 092432. A true and correct copy of the Register of Actions is attached hereto as Exhibit 1 and incorporated by reference.

3. In Case No. CIV 092432, we served the defendants with the summons, complaint and other initial papers, researched the law and prepared complaints, oppositions to demurrers, prepared and attended case management statements and hearings as well as prepared and propounded discovery including form interrogatories and request for

SUPPLEMENTAL RESPONSIVE DECLARATION - George Holland, Jr - 1

production of documents upon defendants Quality and Onewest Bank. Ms. Robinson has paid approximately $4,800 in this matter and my hourly rate is $300.00 and she has an outstanding balance owed.

4. I was also retained by Ingrid Robinson for her unlawful detainer case by Onewest Bank, FSB against her on or about August 26, 2009. Marin County Superior Court Case No. CIV 094323. A true and correct copy of the register of actions for that case is attached hereto as Exhibit 2 and incorporated by referenced.

5. In Case No. CIV 094323, we filed an answer on behalf of Ms. Robinson on or about September 2, 2009 for a fee of $205. We also attended a case management conference, motion for summary judgment and a trial on or about March 18, 2010. We filed case management conference statements, reviewed the law and an opposition to plaintiff's motion for summary judgment. Ms. Robinson paid a flat attorney fee for this case in the amount of $1,500 and she also paid the costs. The case ended with a trial in favor of Ms. Robinson.

I declare under the penalty of perjury that the foregoing is true and correct under the laws of the State of California.

Dated: July 15, 2010

GEORGE HOLLAND, JR.
Attorney for Debtor

SUPPLEMENTAL RESPONSIVE DECLARATION – George Holland, Jr - 2